IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA,

VS.                                                      CRIMINAL ACTION NO. 4:09CR066-P-S

EVELYN JACKSON,                                          DEFENDANT.

**ORDER**

This matter comes before the court upon Defendant Evelyn Jackson's Motion for Continuance, to Extend Pre-trial Deadlines, and for Other Relief [88]. After due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

Because the court has recently granted co-Defendant Turner's motion to continue, Defendant Jackson's motion to continue and to extend pretrial deadlines should be denied as moot.

Defendant Jackson's renewed motion for a bill of particulars and motion to compel discovery are denied since such matters are more properly asserted to the U.S. Magistrate Judge.

**IT I THEREFORE ORDERED AND ADJUDGED** that Defendant Evelyn Jackson's Motion for Continuance, to Extend Pre-trial Deadlines, and for Other Relief [88] is **DENIED**.

**SO ORDERED** this the 2nd day of September, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE